GOLDBERG, STINNETT, MEYERS & DAVIS
A Professional Corporation
DENNIS D. DAVIS, ESQ. CA Bar #070591
44 Montgomery Street, Suite 2900
San Francisco, CA 94104
Telephone: (415) 362-5045
Facsimile: (415) 362-2392

Attorneys for Paul J. Mansdorf, Trustee

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

PAUL J. MANSDORF, TRUSTEE,

Plaintiff,

vs.

DEBBIE K. FERRE aka DEBORAH FERRE, et al.,

Defendants.

No. C 05-4345 CRB

**NOTICE OF DISMISSAL (SCHRECK DEFENDANTS ONLY)**

**TO DEFENDANTS DEBBIE K. FERRE aka DEBORAH FERRE, et al. AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that PAUL J. MANSDORF, TRUSTEE and the plaintiff herein, hereby dismisses without prejudice defendants Andy R. Schreck and Michelle B. Schreck. Neither defendant has appeared in this action.

Dated: November 1, 2005

GOLDBERG, STINNETT, MEYERS & DAVIS
A Professional Corporation

Nov. 02, 2005

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
APPROVED
Judge Charles R. Breyer

/s/ Dennis D. Davis
Attorneys for Paul J. Mansdorf, Trustee

LAW OFFICES
GOLDBERG, STINNETT, MEYERS & DAVIS
A PROFESSIONAL CORPORATION
44 MONTGOMERY STREET, SUITE 2900
SAN FRANCISCO, CALIFORNIA 94104

Dockets.Justia.com