GOLDBERG, STINNETT, MEYERS & DAVIS
A Professional Corporation
DENNIS D. DAVIS, ESQ. CA Bar #070591
44 Montgomery Street, Suite 2900
San Francisco, CA 94104
Telephone: (415) 362-5045
Facsimile: (415) 362-2392

Attorneys for Paul J. Mansdorf, Trustee

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PAUL J. MANSDORF, TRUSTEE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DEBBIE K. FERRE aka DEBORAH FERRE, et al.,<br><br>　　　　　Defendants. | No. C 05-4345 CRB<br><br>**NOTICE OF DISMISSAL**<br>**(SCHRECK DEFENDANTS ONLY)** |

**TO DEFENDANTS DEBBIE K. FERRE aka DEBORAH FERRE, et al. AND OTHER PARTIES IN INTEREST:**

　　**PLEASE TAKE NOTICE** that PAUL J. MANSDORF, TRUSTEE and the plaintiff herein, hereby dismisses without prejudice defendants Andy R. Schreck and Michelle B. Schreck. Neither defendant has appeared in this action.

Dated: November 1, 2005	GOLDBERG, STINNETT, MEYERS & DAVIS
	A Professional Corporation

Nov. 02, 2005

	/s/ Dennis D. Davis
	Attorneys for Paul J. Mansdorf, Trustee

APPROVED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NOTICE OF DISMISSAL (SCHRECK DEFENDANTS ONLY)

96723.DOC