1  Mark S. Bostick (Bar No. 111241)
   Albert Flor, Jr. (Bar No. 168291)
2  **WENDEL, ROSEN, BLACK & DEAN LLP**
   1111 Broadway, 24th Floor
3  Oakland, CA  94607-4036
   Telephone:  (510) 834-6600
4  Fax:  (510) 834-1928

5  Attorneys for Plaintiff
   Paul J. Mansdorf, Trustee

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PAUL J. MANSDORF, Trustee, | Case No.  C 05-4345 CRB |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL** |
| DEBBIE K. FERRE, aka DEBORAH FERRE, et al., | |
| Defendants. | |

013165.0002\792681.1

*STIPULATION FOR DISMISSAL*
*Case No.  C 05-4345 CRB*

Pursuant to Federal Rule of Civil Procedure 41(a) and the bankruptcy court's approved settlement, the parties hereby stipulate to dismiss the above-captioned adversary proceeding in its entirety, with prejudice.  Each party agrees to bear its own attorneys' fees and costs.

Dated: November 6, 2006    WENDEL, ROSEN, BLACK & DEAN LLP

By: /s/ *Mark S. Bostick*
    Mark S. Bostick
    Attorneys for Plaintiff
    Paul J. Mansdorf, Trustee

Dated: October 12, 2006    LAW OFFICES OF RAND L. STEPHENS

By: /s/ *Rand L. Stephens*
    Rand L. Stephens
    Attorneys for Defendant
    Debbie Ferre



IT IS SO ORDERED
Judge Charles R. Breyer

November 7, 2006

*STIPULATION FOR DISMISSAL*
*Case No.  C 05-4345 CRB*

- 2 -

013165.0002\792681.1